# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD D. BRADDOCK AND CHARLES W. PETERSON, Co-Personal Representatives of the Estate of Dale Braddock, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV402 |
| V. | ) ) | |
| FRONTERA PRODUCE, LTD., PRIMUS GROUP, INC., and DILLON COMPANIES, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |
| RONALD D. BRADDOCK and CHARLES W. PETERSON, Co-Personal Representatives of the Estate of Dale Braddock, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV258 |
| V. | ) ) | |
| PRIMUS GROUP, INC., | ) ) | |
| Defendant. | ) ) ) | |
| ISLA DRINKWALTER, individually and as Personal Representative for the Estate of George Drinkwalter, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:13CV5006 |
| V. | ) ) | |
| FRONTERA PRODUCE LTD, a foreign corporation, PRIMUS GROUP, INC., a foreign corporation, WALMART STORES, INC., a foreign corporation, and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Timothy Hook has moved to withdraw as counsel for Frontera Produce, Ltd. in the above-captioned litigation. (Case No. 7:13CV5006, filing 125; Case No. 8:11CV402, filing 162.)  Upon the representation that Frontera will remain represented in these actions, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. Timothy Hook's motion to withdraw (Case No. 7:13CV5006, filing 125; Case No. 8:11CV402, filing 162) is granted.

2. The Clerk of Court shall terminate Mr. Hook's appearance as counsel for Frontera Produce, Ltd. and shall cease further notices to Mr. Hook in this litigation.

**DATED August 20, 2014.**

        **BY THE COURT:**

        S/ F.A. Gossett
        **United States Magistrate Judge**