## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD D. BRADDOCK AND CHARLES W. PETERSON, Co-Personal Representatives of the Estate of Dale Braddock, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV402 |
| V. | ) ) ) | |
| FRONTERA PRODUCE, LTD., PRIMUS GROUP, INC., and DILLON COMPANIES, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |
| RONALD D. BRADDOCK and CHARLES W. PETERSON, Co-Personal Representatives of the Estate of Dale Braddock, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV258 |
| V. | ) ) ) | |
| PRIMUS GROUP, INC., | ) ) | |
| Defendant. | ) ) ) | |
| ISLA DRINKWALTER, individually and as Personal Representative for the Estate of George Drinkwalter, | ) ) ) ) | |
| Plaintiff, | ) ) | 7:13CV5006 |
| V. | ) ) ) | |
| FRONTERA PRODUCE LTD, a foreign corporation, PRIMUS GROUP, INC., a foreign corporation, WALMART STORES, INC., a foreign corporation, and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court upon the motion of Defendants, Third-Party Plaintiffs, Third-Party Defendants, Cross-Claimants, and Cross-Claim Defendants to establish expert designation deadlines.  (Case No. 7:13-cv-5006, filing 132; Case No. 8:11-cv-402, filing 165.)  The motion is granted.

**IT IS ORDERED** as follows:

1.      The expert witness designations of Third-Party Plaintiff, Counter-Claimant, and Cross-Claimant shall be made by February 2, 2015.

2.      Third-Party Defendants have until April 20, 2015 to designate experts and/or rebuttal experts.

**DATED September 11, 2014.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**