IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISLA DRINKWALTER, individually and as Personal Representative for the Estate of George Drinkwalter; | 7:13CV5006 |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| FRONTERA PRODUCE LTD, a foreign corporation;  PRIMUS GROUP, INC., d/b/a PRIMUS LABS, a foreign corporation;  and JOHN DOES 1-10, | |
| Defendants; | |
| _____ | |
| FRONTERA PRODUCE LTD., | |
| Third-Party Plaintiff, | |
| vs. | |
| JENSEN FARMS, a partnership, BIO FOOD SAFETY, INC., and PEPPER EQUIPMENT CORP., | |
| Third-Party Defendants; | |
| _____ | |
| PRIMUS GROUP INC., d/b/a PRIMUS LABS, a foreign corporation, | |
| Cross Claimant, | |
| vs. | |
| FRONTERA PRODUCE LTD, a foreign corporation, JENSEN FARMS, a partnership, and JOHN DOES 1-10, | |
| Cross Defendants. | |

This matter is before the Court on the Parties' Stipulation of Dismissal of All Claims with Prejudice (Filing No. 147). The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that it should be approved. All claims in the above-captioned action, including third-party claims, cross-claims, and counterclaims should be dismissed with prejudice. The parties will bear their own costs and attorney's fees.  Accordingly,

IT IS ORDERED:

1. The Parties' Stipulation of Dismissal of All Claims with Prejudice (Filing No. 147) is approved;
2. All claims in the above-captioned action, including third-party claims, cross-claims, and counterclaims are dismissed with prejudice; and
3. The parties will bear their own costs and attorney's fees.

Dated this 1st day of April, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge